1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENRIQUE SANCHEZ JR., | ) | Case No. CV 13-5904 PA (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| MARTIN BITER, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 7, 2014

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE